IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael David Colbert, | ) | Case No. **21-80944-CRJ7** |
| Patty Marie Colbert, | ) | |
| | ) | |
| Debtors. | ) | Chapter 7 |

BANKRUPTCY ADMINISTRATOR'S RECOMMENTATION ON THE APPLICATION BY
THE TRUSTEE TO EMPLOY AN ATTORNEY

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the application to employ a Professional by the Trustee states as follows:

1. The Bankruptcy Administrator has reviewed the application to employ Sparkman Shepard P.C., Attorney for the Trustee and finds the same complies with the requirements of 11 U.S.C. §327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

2. The proposed compensation is reasonable in the community for the proposed employment.

3. The Applicant has affirmed that he has no agreement to share fees outside of his law firm.

WHEREFORE, the premises considered, the Bankruptcy Administrator recommends that the application to employ a professional for the trustee be approved.

Respectfully submitted December 7, 2021.

J. THOMAS CORBETT
United States Bankruptcy Administrator for the
Northern District of Alabama
/s/ Richard M. Blythe
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

  I hereby certify that on December 7, 2021, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Tazewell T. Shepard, Esq., Trustee, Via CM/ECF electronic service

Joseph George Pleva, Esq., Attorney for the Debtor, Via CM/ECF electronic service

            /s/Richard M. Blythe
            Richard M. Blythe